[No. 4915-9-III.   Division Three.   March 1, 1983.]

*In the Matter of the Marriage of* ELISE M. THOMPSON, *Respondent, and* RALPH M. THOMPSON, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 80-3-00850-4, Cameron K. Hopkins, J. Pro Tem., entered December 4, 1981. *Affirmed* by unpublished opinion per Green, J., concurred in by Roe, C.J., and McInturff, J.

[No. 4630-3-III.   Division Three.   March 1, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY WILLIAM SOUZA, *Appellant.*

Appeal from a judgment of the Superior Court for Klickitat County, No. 1912, Ted Kolbaba, J., entered May 19, 1981. *Remanded with instructions* by unpublished per curiam opinion.

[No. 5181-8-II.   Division Two.   March 2, 1983.]

ARTHUR W. STOLEN, ET AL, *Respondents,* v. WILLIAM L. EISENHOUR, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 291656, Waldo F. Stone, J., entered October 24, 1980. *Reversed* and *remanded* by unpublished opinion per Worswick, J., concurred in by Petrich, C.J., and Petrie, J.